

# 11th Court of Appeals

## Eastland, Texas

## Judgment

Trinity D. Crawford, individually and on behalf of Precision Frac, LLC, Blue Gold Energy, LLC, Blue Gold Energy Barstow, LLC, and Karmic Energy, LLC; Chad A. Carson, individually and on behalf of Precision Frac, LLC, Blue Gold Energy, LLC, Blue Gold Energy Barstow, LLC, and Karmic Energy, LLC; Kalee VanMeter; and Donnie Seburg,

Vs. No. 11-18-00306-CV

Jarrod E. Davis a/k/a Jared E. Davis,

* From the 142nd District Court of Midland County Trial Court No. CV54756.

* May 16, 2019

* Memorandum Opinion by Stretcher, J. (Panel consists of: Bailey, C.J., Stretcher, J., and Wright, S.C.J., sitting by assignment) (Willson, J., not participating)

This court has inspected the record in this cause and concludes that there is error in the order below. Therefore, in accordance with this court's opinion, we reverse the trial court's order to the extent that it denied Appellants' TCPA motion to dismiss, and we render judgment that Appellee's counterclaims for wrongful injunction, tortious interference with a contract, and tortious interference with a business relation be dismissed with prejudice. We reverse the trial court's order regarding attorney's fees awarded to Appellee, and we render judgment that Appellee take nothing in that regard. We remand the cause to the trial court for further proceedings consistent with this court's opinion. The costs incurred by reason of this appeal are taxed against Jarrod E. Davis a/k/a Jared E. Davis.